AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Oregon

ROBIN AVERY

V.

DANIEL N. GORDON; DANIEL N. GORDON, P.C., an Oregon Professional Corporation; FIRST RESOLUTION INVESTMENT CORPORATION, a foreign corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CV '08 - 0139,  HU

TO: (Name and address of Defendant)

DANIEL N. GORDON, ESQ.
4023 WEST 1ST AVENUE
EUGENE, OREGON 97402

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GREGORY L. ABBOTT, OSB # 93196
ATTORNEY AT LAW
6635 NORTH BALTIMORE STREET, SUITE 254
PORTLAND, OREGON 97203

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL S. McCONNELL                                             JAN 3 1 2008

CLERK

n. Kinney

(By) DEPUTY CLERK

Corrected

STATE OF OREGON)  
              )   SS    SHERIFF'S RETURN OF SERVICE  
COUNTY OF LANE )

CV 08 1039 HU

JH #114

I HEREBY CERTIFY THAT I SERVED THE ~~ATTACHED~~ SUMMONS & COMPLAINT

ON THE 12TH DAY OF FEBRUARY , 2008 , AT 2:49 PM ON THE WITHIN NAMED

DANIEL N GORDON ESQ

BY PERSONALLY DELIVERING TO THE ABOVE NAMED AT

4023 W 1ST AVE  EUGENE

IN THE COUNTY OF LANE, STATE OF OREGON, A CERTIFIED COPY OF SAID

SUMMONS & COMPLAINT       , CERTIFIED BY GREGORY L ABBOTT

FEE COLLECTED: $28

RUSSEL E. BURGER

SHERIFF OF LANE COUNTY, OREGON

BY _____ 234

STEVE N SIECZKOWSKI       DEPUTY