**Jonathan M. Radmacher**, OSB No. 024314
  E-mail: jonathanr@mcewengisvold.com
  Direct Dial: (503) 412-3522
**Peter D. Stutheit**, OSB No. 061248
  E-mail: peters@mcewengisvold.com
  Direct Dial: (503) 412-3506
McEWEN GISVOLD LLP
1600 Standard Plaza
1100 S.W. Sixth Avenue
Portland, OR 97204
Telephone: (503) 226-7321
Facsimile: (503) 243-2687

  Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **ROBIN AVERY,** <br>                    Plaintiff, <br> v. <br><br> **DANIEL E. GORDON, DANIEL N. GORDON, P.C.,** an Oregon Professional Corporation; <br> **FIRST RESOLUTION INVESTMENT CORPORATION,** a foreign corporation <br>                   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. CV 08-139-HU <br><br> **CORPORATE DISCLOSURE STATEMENT OF DANIEL N. GORDON, P.C.** |

Pursuant to FRCP 7.1, Defendant Daniel N. Gordon, P.C., by and through its undersigned

/ / /

/ / /

Page 1 **CORPORATE DISCLOSURE STATEMENT**
**McEWEN GISVOLD LLP**
1100 S.W. Sixth Avenue, #1600, Portland, Oregon 97204
Telephone: (503) 226-7321 - Facsimile: (503) 243-2687
e-mail: jonathanr@mcewengisvold.com

U:\PRO\GORDON\AVER0593.DIS.wpd

counsel, hereby states that no parent corporation and/or publicly held corporation owns more than 10% of its stock.

Dated this 21st of April, 2008

McEwen Gisvold LLP


By: _____/s/   Peter D. Stutheit_____
    Jonathan M. Radmacher, OSB No. 924314
    Peter D. Stutheit, OSB No. 061248
    Of Attorneys for Defendants Daniel N. Gordon
      and Daniel N. Gordon P.C.

Page 2 CORPORATE DISCLOSURE STATEMENT   U:\PRO\GORDON\AVER0593.DIS.wpd
McEWEN GISVOLD LLP
1100 S.W. Sixth Avenue, #1600, Portland, Oregon 97204
Telephone: (503) 226-7321 - Facsimile: (503) 243-2687
e-mail: jonathanr@mcewengisvold.com