**Gregory L. Abbott**, OSB 93196
email: gregabbott@comcast.net
Attorney at law
6635 North Baltimore Street, Suite 206-M
Portland, Oregon 97203
Telephone: (503) 283-4568
Facsimile: (503) 283-4586
Attorney for Plaintiff

FILED'09 JAN 14 15:38USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ROBIN AVERY,** | Case No. CV 08-139-HU |
| Plaintiff, | **STIPULATED JUDGMENT OF DISMISSAL OF ALL CLAIMS** |
| v. | |
| **DANIEL N. GORDON, DANIEL N. GORDON, P.C., an Oregon Corporation; and FIRST RESOLUTION INVESTMENT CORP., a Foreign Corp.** | |
| Defendants. | |

Based upon stipulated motion by the parties herein, it is hereby *ADJUDGED* that all claims against the defendants are *DISMISSED WITH PREJUDICE,* and without any award of costs or attorneys fees to either party.

*DATED* this 14th Day of January, 2009.

_____
The Honorable Dennis J. Hubel
U.S. District Court Magistrate Judge

1 -   STIPULATED JUDGMENT OF DISMISSAL